JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RONNIE PAUL HUFF,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERINTENDENT OF PATTON STATE HOSPITAL,<br><br>    Defendant. | No. ED CV 17-02180-SJO (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Dated: July 30, 2018.

S. James Otero

_____

S. JAMES OTERO
United States District Judge